162 A.3d 840

**CHECCO–PENA, Victor Ramon**

v.

**STATE of Maryland**

**Pet. Docket No. 28, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 191, Sept. Term, 2016).

Petition for writ of certiorari denied

■

162 A.3d 840

**CLARK, Harold B.**

v.

**STATE of Maryland**

**Pet. Docket No. 50, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 75, Sept. Term, 2015).

Petition for writ of certiorari denied